AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

MBNA PRACTICE SOLUTIONS, INC., as servicer
for MBNA AMERICA (Delaware N.A.) assignee of
SKY BANK, as agent for U.S. BANK TRUST
NATIONAL ASSOCIATION,
V.
WILLIAM E. SALISBURY, individually, CAROL
SALISBURY, individually, and WILLIAM E.
SALISBURY, DDS PC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

06 CA 10296 JLT

TO: (Name and address of Defendant)

William E. Salisbury
60 Country Way #1
South Dartmouth, MA  02748

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Darlene D. Moreau, Esquire
Duane Morris LLP
470 Atlantic Avenue, Suite 500
Boston, MA  02210

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                            FEB 17 2006

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

**Bristol, ss.**

April 3, 2006

I hereby certify and return that on 3/31/2006 at 01:57 pm I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Category Form in this action in the following manner: To wit, by leaving at the last and usual place of abode of William E. Salisbury, 60 Country Way #1 South Dartmouth, MA 02748 and by mailing first class mail to the above-mentioned address on 3/31/2006. Copies ($4.00), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $37.25

Deputy Sheriff Kenneth G. Monteiro                          _____
                                                              Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.