UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**                            CIVIL ACTION NO. 06-10296-JLT

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____Bristol County Deputy Sheriff_____, Special Process Server:

WHEREAS _____MBNA Practice Solutions, Inc._____ has recovered judgment against William E. Salisbury _____ on the 19th day of July, for the sum of $263,858.02, debt or damage, pre-judgment interest in the amount of $16,357.13, and costs of this suit in the amount of $10,372.98, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $290,588.13, in the whole, with interest thereon at the rate of 5.24% from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this 28th day of November, 2006.

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk